The judgment should be reversed, with .costs to defendant Lucas.

Dykman, J., concurred; Gilbert, J., not sitting.

---

## N. Y. SUPERIOR COURT.

Edwin Wiley, appellant, agt. Anthony Arnoux and William Hockhausen, respondents.

*Costs — security for — Plaintiff residing in another county required to file — Code of Civil Procedure, section 3268.*

Before the additional chapters of the Code of Civil Procedure went into operation (*i. e.*, September 1, 1880) it was necessary for a plaintiff residing in another county bringing an action in this court to file security for costs, but the Code, as amended, has changed the law on this subject.

Wiley agt. Arnoux.

An order made on the 13th day of April, 1880, directing a plaintiff, who was a resident of Brooklyn, to file security for costs, *held* to be correct as 'the law then was.

*General Term, November,* 1880.

APPEAL from an order directing the plaintiff to file security for costs.

The plaintiff is a resident of Brooklyn. The order appealed from was made on the 13th day of April, 1880.

*Herbert K. Cruikshank,* for appellant.

*John A. Foster,* for respondent.

RUSSELL, *J.* — In the case of *Lewis* agt. *Farrell,* decided at this term of the court, it was held that before the additional chapters of the new Code went into operation it was necessary for a plaintiff residing in another county bringing an action in this court to file security for costs, but that the Code, as amended, had changed the law on this subject. The order appealed from was made before the change in the law occurred. It was correct as the law then was, and should be affirmed, with costs and disbursements. So ordered.

SPIER, J., concurs.